IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00084-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL A. SCHEMMEL,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    A change of plea hearing will be held **April 20, 2007, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: March 6, 2007

                                                s/ Jane Trexler, Judicial Assistant