IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WALKER D. MILLER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 15, 2008 |
| Court Reporter: Janet Coppock | Time: 40 minutes |
| Probation Officer: Michelle Means | Interpreter: n/a |

**CASE NO. 07-CR-00084-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Thomas O'Rourke |
| Plaintiff, | |
| vs. | |
| **PAUL A. SCHEMMEL,** | John Tatum |
| Defendant. | |

### SENTENCING

**9:05 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Comments by Mr. Tatum in support of defendant's Motion for Downward Departure (Doc #21), filed 2/7/08.

Defendant addresses the Court.

Comments by Mr. O'Rourke in support of Government's Motion for 5K1.1 Downward Departure (Doc #23), filed 2/12/08.

Comments by Ms. Means.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for 5K1.1 Downward Departure (Doc #23), filed 2/12/08 is **GRANTED.**

**ORDERED:** Defendant's Motion for Downward Departure (Doc #21), filed 2/7/08 is **GRANTED.**

Defendant entered his plea on **June 28, 2007** to **the Information.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**TOTAL OFFENSE LEVEL:** 13
**CRIMINAL HISTORY CATEGORY:** II

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 15 to 24 months | 15 months (without §5K1.1 consideration) |
| **Supervised Release** | 1 year | 1 year |
| **Probation** | Not eligible | Not recommended |

| | | |
|---|---|---|
| **Fine** | $3,000 to $30,000 | Not recommended |
| **Special Assessment** | $100 | $100 |

**Restitution**
It is recommended that the defendant be ordered to make restitution as follows: Internal Revenue Service in the amount of **$51,489.37.**

**Community Service**
Not recommended.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be placed on probation for a period of **5** years.

**ORDERED: Conditions** of Probation are that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED: Special Condition** of Probation are that:
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

Page Four
07-CR-00084-WDM
February 15, 2008

    (**X**)     Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of probation.

    (**X**)     Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

    (**X**)     Defendant shall be placed on home detention for a period of **six** months, to commence within ten days of release from imprisonment. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant shall make **restitution** as follows:

    $ **51,489.37**   to   **Internal Revenue Service**
                                      **Attn: Francine Flowers, Accounting Technician**
                                      **Atlanta Submission Processing**
                                      **Accounting Operations**
                                      **W & I Service Centers**
                                      **4800 Buford Highway**
                                      **Chamblee, Georgia 30341-0000**

Restitution shall be paid in equal monthly installments of not less than **$250.00** during term of probation. Interest on unpaid restitution is WAIVED because the defendant does not have the ability to pay.

**ORDERED:** Government's Motion for Acceptance of Responsibility is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**9:45 a.m.**     **COURT IN RECESS**

**Total in court time:**     **40 minutes**

**Hearing concluded**